MARGARETTA MEYER PAUL, Appellant, *v.* WILLIAM H. WILLIAMS et al., as Trustees, etc., Respondents.

(Argued November 30, 1892; decided December 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 13, 1891, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Frank Rudd* for appellant.

*Miron Winslow* for respondents.

Agree to affirm on opinion below.

All concur.

Judgment affirmed. _____

DOMENICO A. CAMPANELLO, an Infant, by Guardian, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 1, 1892; decided December 20, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made July 6, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Daniel H. McMillan* for appellant.

*Simon Fleischmann* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.